In the United States District Court ①
for the Western District of PA.

Clerk of Courts

Corey Harris PRO SE
    Plaintiff.

V.

Domestic Relations Sec
    Defendants Et, al

Original:

C.A. No. 04-369-E
8/03/05
E.C.P. ID 2428

Under Rule 4(d) of the Federal Rules of Civil Procedure.

"motion I"

I Plaintiff, Corey harris will like to file this motion with the U.S. Clerk of Courts, due to service was waived by defendant, the Honorable Stephanie A. Domitrovich by Counsel A. Taylor Williams Esquire, the form was returned to Plaintiff for filing with the Court And the Action Shall proceed.

CC: accordance with Fed. R. Civ. Procedure 5
To Counsel for the Honorable Stephanie A. Domitrovich. A. Taylor Williams Esq.
U.S. Clerk of Court (Erie)

CA 04-369E ②

original:

## motion 2

Plaintiff, also states that the defendants Robin Tate, Mark Castagrove, Denise Nelson, Vivan Tate, Court of Common Pleas Domestic Relation Sec of Erie County, Has not give any Responds to waiver of Service of Summons Plaintiff motion the Court to order the U.S. Marshal Service to serve the missing Defendants Et,al. Plaintiff is filing this motion to proceed with Service of process to be made personal upon defendants Et,al, or Under Rule 4 of the Federal Rules of Civil Procedure concerning Service by mail, with Copy of Complaint with the original Summons.

Corey Harris PROSE
Corey Harris

8/3/05
E.C.P. ID 2428