IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COREY L. HARRIS, | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 04-369 Erie |
| | ) | District Judge McLaughlin |
| DOMESTIC RELATIONS SECTION, et al., | ) | Magistrate Judge Baxter |
| Defendants. | ) | |

**O R D E R**

AND NOW, this 16th day of August, 2005;

IT IS HEREBY ORDERED that Plaintiff's motion for service [Document # 38] be dismissed as moot as service has already been ordered by this Court.

S/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
CHIEF UNITED STATES MAGISTRATE JUDGE