IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COREY L. HARRIS | : |
| | : CIVIL ACTION |
| *Plaintiff* | : |
| | : NO. 04-CV-369 |
| vs. | : |
| | : |
| DOMESTIC RELATIONS SECTION, ET AL. | : JUDGE SEAN J. MCLAUGHLIN |
| | : |
| *Defendants* | : |

## ORDER

**AND NOW**, this _____day of _____, 2005, upon the Motion To Dismiss Filed on Behalf of the Honorable Stephanie Domitrovich, Judge, Court of Common Pleas of Erie County, Pennsylvania,

It is hereby Ordered, Adjudged and Decreed that Judicial Defendants' Motion to Dismiss is **GRANTED**.  Plaintiff's Complaint is **DISMISSED**, with prejudice, and without leave to further amend.

_____

U.S.D.J.