Form: cpd1r

## Pennsylvania State Collection and Disbursement Unit (PA SCDU)
### IMPORTANT INFORMATION

1. Remit a signed check or money order payable to **PA SCDU**.    DO NOT ENCLOSE CASH OR CORRESPONDENCE. **Write the Member ID on the check or money order.**    Remit coupon with payment.
2. Print the amount paid in the field marked "AMOUNT ENCLOSED".
3. If the address is no longer valid, mark the CHANGE OF ADDRESS box and indicate the changes on the PAYMENT COUPON.
4. Please use the envelopes and coupons provided to remit support payments.    DISCARD ANY UNUSED COUPONS.
5. If you have any questions regarding this bill, contact your Domestic Relations Section.

182-189
Cpd1_220.4

COREY L HARRIS
ERIE CO PRISON # 2428
1618 ASH ST
ERIE PA 16503-2168

**If you would like information on additional payment options via credit card payments, recurring automatic withdrawals, or pay-by-phone, contact the PA SCDU Customer Service Unit at 1-877-PAS-SCDU.**

VISA / Mastercard now accepted at
1-877-PAS-SCDU

Contact 1-800-829-1040 or www.irs.gov/eitc for more information on the IRS Earned Income Tax Credit (EITC) Program.

Cpd1_220.4
2875

Access our on-line sevices at
www.childsupport.state.pa.us

### MONTHLY STATEMENT OF ACCOUNT

PAYER MEMBER ID: 1422001172          SSN: 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
AS OF: 08/05/2005                    AMOUNT DUE: $828.93

| CASE ID # | CURRENT AMOUNT | ARREARS BALANCE |
|---|---|---|
| 144003882 | $515.16 | $8,229.62 |
| 165104344 | $87.00 | $1,163.68 |
| 715105047 | $226.77 | $4,015.49 |

*PAge 7 AttEDGMENT 2-A*
*Exhibit # 18-C*

**Notice:**
**Effective 1/6/03 all bank returns are being sent to CSI for private collection. These collection efforts can include electronic collection from your account as well as traditional methods.**