IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

COREY HARRIS                          :

      Petitioner,                     :

             v.                  :          C.A. No. 05-111 Erie

JAMES VESHECCO,                       :
      Respondent                     :
                                      :

## ANSWER TO PETITION FOR HABEAS CORPUS

AND NOW, comes the Respondent, the Commonwealth, as its interests are

represented by and through Thomas S. Kubinski, Esquire, counsel for the Department of

Public Welfare, and the Erie County Domestic Relations Section, through Heather L.

Purcell, Court Solicitor, as the representative designated by the Erie County District

Attorney's Office, and files the within Answer to Petition for Habeas Corpus as follows:

1.     Respondent denies each and every allegation of fact alleged by the

Petitioner, except those facts specifically admitted below.

2.     Respondent has custody of the Petitioner by virtue of three Orders of

Court, dated December 15, 2004, finding Petitioner in contempt of court at Erie County

Court of Common Pleas, Domestic Relations Section Docket Numbers NS200200563,

NS902811, and NS200202708. Pursuant to said Orders, Erie County Court of Common

Pleas Judge Stephanie Domitrovich ordered the Petitioner incarcerated in the Erie County (Prison)

*Alledgement 4-A Exhibit*
*Page 12*
*And*
*Alledgement 3-A2 Exhibit*
*Page 9*