

"PLAINTIFFS" Exhibit ALLEDGMENT 3-A3
Page 10
- AND -
ALLEDGMENT 4-C
Page 15