20510Revised.qxd  11/22/2004  10:42 AM  Page 1

# Coming Soon

# Erie

and Surrounding Areas

## CH's Service Provider

A Professional Transportation Service

Providing Your Total Transportation Needs

24 Hours/7 Days A Week Including Holidays

Non-Stop Service To and From
Work, School, Day Care, Recreation

Senior Citizen Rate Daily

Provided by a Professional Uniformed Driver

Everyday Low Rates

Our Motto is Quality and Safety

www.chsserviceprovider.com • lowrates@velocity.net

**877-416-7032 • 814-882-1674**

*Concllison Exhibit*
*Page 15, and*
*Allegement 4-A*
*Page 12*