IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COREY HARRIS,<br>    Plaintiff | )<br>)<br>) |
| vs. | )   C.A.No. 04-369 Erie<br>)<br>)   District Judge McLaughlin |
| DOMESTIC RELATIONS SECTION, et al.<br>    Defendants. | )   Magistrate Judge Baxter<br>) |

## **O R D E R**

AND NOW, this 15th day of November, 2005;

IT IS HEREBY ORDERED that Plaintiff's motions to amend [Documents #11 and #13] are DISMISSED WITHOUT PREJUDICE as they are not in the form of a complaint and are incoherent.

IT IS FURTHER ORDERED that Plaintiff may file a motion to amend the complaint before December 9, 2005. The motion to amend must be accompanied by the proposed amended complaint. The proposed amended complaint must be pled in accordance with the Federal Rules of Civil Procedure. In the event that the motion to amend the complaint is granted, service of the amended complaint will be ordered by this Court as to all defendants.

IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

S/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
CHIEF UNITED STATES MAGISTRATE JUDGE