IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COREY HARRIS,            )<br>                          )<br>        Plaintiff,  )<br>                          )<br>    v.                    )<br>                          )<br>DOMESTIC RELATIONS SECTION, )<br>et al.,                   )<br>                          )<br>        Defendants.  )  | Civil Action No. 04-369 Erie |

## MEMORANDUM ORDER

This civil rights action was received by the Clerk of Court on December 20, 2004, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [Doc. No. 45], filed on November 16, 2005, recommended that Defendants' Domitrovich and Domestic Relations Section's motion to dismiss [Doc. No. 40] be granted. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Plaintiff by certified mail and on Defendants. Plaintiff filed objections on November 30, 2005 [Doc. No. 46]. After de novo review of the motion and documents in the case, together with the Report and Recommendation and objections thereto, the following order is entered:

AND NOW, this 1st day of December, 2005;

IT IS HEREBY ORDERED that the Defendants' motion to dismiss [Doc. No. 40] is GRANTED.

The Report and Recommendation [Doc. No. 45] of Magistrate Judge Baxter, filed on November 16, 2005, is adopted as the opinion of the Court.

s/  Sean J. McLaughlin
United States District Judge

cm:   All parties of record
      Susan Paradise Baxter, U.S. Magistrate Judge