SCANNED

Corey Harris is Currenty At Address

P.O. Box 3618 16508

This is A Premitter Address Change. As of 2/21/06 Send mail to above P.O. Box 3618 16508 on Case 04-281-E   CASE Docket
"       "       04-369-E   #.
"       "       05-111-E   Cory Harris
                                    2/21/06

home phone 456-3700   cell phone 340-0051