United States District Court

February 22, 2006

Summons In a Civil Case                Case No. CA 04-369 ERIE

Corey L. Harris Sr
Vs
Vivian Tate

Motion to Strike / Answer to complaint

To Whom It May Concern:

I plead not guilty to the erroneous charges alleged in this case. These charges have no merit. I am a law abiding citizens and these charges defame my character and professional reputation. Also the "brief" of sorts that was hand delivered to my residence via US Federal Marshall, is illegible and incoherent. Of what I could interpret in the "brief", all the accusations were false.

WHERBY, I pet ion the court to have this case dismissed for lack of evidence.

Sincerely,

Vivian C. Tate

U.S. DISTRICT COURT
CLERK
'06 FEB 22 P2:10
FILED

## Certificate of Service

      I hereby certify that I am this day, serving a copy of the foregoing document upon the persons indicated below by first class mail, or by personal delivery.

| | |
|---|---|
| Corey L. Harris | US Federal Marshal |
| Erie County Prison | US Federal Courthouse |
| 1618 Ash St | Downtown, Erie PA16501 |
| Erie, PA 16503 | |

_____  2/22/06
Vivian Tate
1201 W. 8th St
Erie, PA  16502
(814) 454-5854