IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COREY L. HARRIS, )<br>        Plaintiff, )<br>    v. )<br>        )<br>DOMESTIC RELATIONS SECTION, et al.,)<br>        Defendants. ) | C.A. No. 04-369 Erie<br>District Judge McLaughlin<br>Magistrate Judge Baxter |

## O R D E R

AND NOW, this 24th day of February, 2006;

It has come to the attention of this Court that Defendants Robin Tate and Denise Nelson have not been served with a copy of the complaint despite the entries on the docket from the U.S. Marshal Service indicating to the contrary.

IT IS HEREBY ORDERED that the Clerk of Court remove the entries [Documents # 48 and 49] from the docket that indicate service was completed.

IT IS FURTHER ORDERED that the U.S. Marshal Service make personal service upon the persons of Robin Tate and Denise Nelson within ten days of today's date at the addresses as provided by Plaintiff.

                                  S/ Susan Paradise Baxter
                                SUSAN PARADISE BAXTER
                                CHIEF UNITED STATES MAGISTRATE JUDGE