U.S. District Court
Western District of Pennsylvania

COREY L. HARRIS    PRO SE
    Plaintiff

VS.

Domestic Relations Section, et al,

C.A. NO. 04-369-E
M.J. Baxter
2/28/06

## Petition

On Behalf of Petitioner Corey Harris has filed the within motion to Provide the U.S. Court as well as Provide the U.S. Marshal Service with the correct address of the defendants Robin Tate, Denise Nelson. So that Service of Process can be made by the U.S. marshall. the Correct Address is Attach to the Process Receipt and Return form.

## Certificate of Service

I hereby Certify that on this 28th day of February a copy of the foregoing Petition was send via mail, by the U.S. Postal Service to: A. Taylor Williams

Corey L. Harris Pro Se
Corey S. Harris
2-28-06  P.O. Box
(814) 456-3700 -H-3618 Erie, PA 16508

# U.S. Department of Justice
# United States Marshals Service

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

**PLAINTIFF:** Corey L. Harris Pro Se
**COURT CASE NUMBER:** 04-369-E
**DEFENDANT:** Domestic Relations Section et al
**TYPE OF PROCESS:**

**SERVE**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Robin Tate (Home Address)
**AT** ADDRESS: 219 German St Erie PA 16507

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Corey Harris
P.O. Box 3618
Erie PA, 16508

Signature of Attorney or other Originator requesting service on behalf of: Corey Harris
☒ PLAINTIFF
☐ DEFENDANT
**TELEPHONE NUMBER:** (814) 456-3200
**DATE:** 2/26/06

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

**PRIOR EDITIONS MAY BE USED** — **1. CLERK OF THE COURT** — FORM USM-285 (Rev. 12/15/80)

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| COREY L. HARRIS | 04-369-E |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Domestic Relations Section et al | |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Denise Nelson (Home Address)

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** 4218 Roxanna Dr Erie PA, 16510

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Corey Harris
P.O. Box 3618
Erie PA, 16508

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: Corey Harris
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: (814) 456-3700
DATE: 2/26/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service | Time | am / pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS: