*CA 04-369 E*

March 20, 2006

To Whom It May Concern:

The burden of proof lies with the Plaintiff. In this case the Plaintiff, Corey Harris, has not provided subsequent documentation that would support his allegations. First of all what is the time frame of these allegations and damages is he seeking?

1. Has the Plaintiff provided documentation of a custody order?
2. Can he provide documentation i.e., leases, rental agreements, that would prove our children lived with him?
3. Can he produce copies of shot records, medical records or even the name and address of their physician?
4. Can he provide documentation that the children were covered by his insurance, i.e. premiums paid, co-payment receipts?
5. Can he provide receipts for food, clothing or shelter costs?
6. Can he provide receipts of tutu ion payments, school supplies, uniforms, sports fees, field trip fees, permission slips signed?

Corey Harris has never had custody of my five children. We have five children out of wedlock. Some of the children are a product of rape that I suffered from Corey Harris. Legal custody has never been established. The children have always been in my care, and I have always been finically responsible for them. Corey Harris has never attempted to have legally custody established, and has never contributed to my children financially. The children have rarely stayed over night with Corey. He has had paternity testing for two of the children and does not "claim" three of the children and boast in the community the children do not belong to him. Corey Harris is an abusive sociopath. I have had (7) seven PFAC's (protection from abuse order) on Corey Harris in the last 10 years, and during this time was the only time that the courts had a custody in order intact. I had 7 concurrent PFA's and during this time I had temporary custody of our five Children. Corey has had an opportunity to have legal custody established, or even just take the children, but he has never attempted. Corey Harris has no natural affection for my children, he only tries to use them as pawns to try to manipulate and control me.

I thought that I had finally escaped the years of abuse, harassment, stalking, and torture that Corey Harris had inflicted on me for the past 17 years, but since he was released from the Erie County Prison this February 2006, he has again started harassing me. Since February, 2006 Corey Harris has been calling me, asking me to sleep with him and to marry him. He has also physically assaulted me and verbally threatened me on March 10, 2006.

This insane Law suit is just another way for Corey Harris to try and manipulate and control me. He is also retaliating against me because I refuse to be subjected to control and abuse any longer.

These allegations are untrue and ridiculous. It amazes me that Corey Harris would take such extreme measures to keep from paying Child support for the children he reportedly

"loves" so much. Corey needs to take responsibility for his own actions and not try to place the blame on "the system". It is not my fault, my Mother Vivian Tate, Honorable Judge Stephanie Domitrovich, or Domestic Relations fault for his problems. Corey needs to accept responsibility himself for his own actions. ( See attached)


Robin Q. Tate

PYS500D          Erie County Prothonotary          3/09/2006
                    General Index Inquiry

Litigant:   _____   _____

| | Case No. | Litigant Name | Case Type (Short) | Party Type |
|---|---|---|---|---|
| _ | 1993-01929 | TATE ROBIN | PROTECTION FROM ABUS | PLAINTIFF |
| _ | 1996-16298 | TATE ROBIN | PROTECTION FROM ABUS | PLAINTIFF |
| _ | 1998-16219 | TATE ROBIN | PROTECTION FROM ABUS | PLAINTIFF |
| _ | 2000-16589 | TATE ROBIN | PROTECTION FROM ABUS | PLAINTIFF |
| _ | 2002-16091 | TATE ROBIN | PROTECTION FROM ABUS | PLAINTIFF |
| _ | 2003-16475 | TATE ROBIN | PROTECTION FROM ABUS | DEFENDANT |
| _ | 2003-16487 | TATE ROBIN | PROTECTION FROM ABUS | PLAINTIFF |



```
_
_
_
_
_
_
_
```
                                                          +

         To Select Place Cursor On A Line Press Enter

F3=Exit   F4=Case No   F5=Select   F10=Print   PgUp/PgDn

_ROBIN TATE_
(Petitioner)
            vs.

_COREY L. HARRIS SR._
(Respondent)

            :     IN THE COURT OF COMMON PLEAS
            :
            :     OF ERIE COUNTY, PENNSYLVANIA
            :     CIVIL DIVISION
            :     No. _16298_  -  19 _96_

## PETITION FOR PROTECTION FROM ABUSE

AND NOW, this _17_ day of _MAY_, 19 _96_, comes the Petitioner, and files this Petition for Protection From Abuse upon a statement of facts as follows:

1.    The Petitioner, _ROBIN TATE_, whose address is: _639 EAST 8th_ City _ERIE_ ZIP _16503_

2.    The Respondent, _COREY L. HARRIS SR_, whose address is: _621 EAST 22ND (UPSTAIRS)_ City _ERIE_ ZIP _16503_

3.    The Petitioner/Respondent relationship: _PARENTS OF CHILDREN IN COMMO._ were married on _N/A_.

4.    Born to the Petitioner and Respondent are _4_ child(ren) whose name(s) are/is as follows: _COREY JR. (6 yrs), BROOKLYNN (5 yrs), ANGEL (3 yrs) AND TREASURE (2 yrs)_.

5.    This action is brought pursuant to authority granted in 23 Pa. C.S.A. Sections 6101-6117.

6.    The abuse which has necessitated this Petition and the relief hereinafter requested is as follows:

### See Exhibit "A"

WHEREFORE, Petitioner requests this Honorable Court for an Order for Protection from Abuse and directing the defendant to :

(a) Refrain from abusing the Plaintiff and/or the minor child(ren) in any manner or form whatsoever, including but not limited to the conduct herein alleged.

(b) Granting possession to the Petitioner of the residence of the parties to the complete exclusion of the Defendant.

(c) Granting temporary custody of the parties' minor child(ren) to your Petitioner.

Respectfully submitted,

_Robin Tate_
PETITIONER

PETITIONER'S NAME: ROBIN TATE                              EXHIBIT A
PETITIONER AND RESPONDENT ARE PARENTS OF CHILDREN IN COMMON.
THE ABUSE WHICH NECESSITATES THIS ACTION IS AS FOLLOWS:

05-11-96: PETITIONER WAS AT A LATE NIGHT ESTABLISHMENT DANCING.
RESPONDENT ENTERED AND APPROACHED PETITIONER. RESPONDENT BECAME
ANGRY AND STATED "DON'T GET SMART WITH ME, I'LL PUNCH YOU IN THE
MOUTH." PETITIONER LEFT THE DANCE FLOOR AND NOTICED RESPONDENT
FOLLOWING HER SO SHE FLED OUTSIDE FEARING FOR HER SAFETY. **LATER:**
RESPONDENT CALLED PETITIONER'S FRIEND AND WAS CALLING PETITIONER
NAMES AND OBSCENITIES. RESPONDENT SAID THAT HE WAS NOT GOING TO LET
PETITIONER HAVE ANOTHER BOYFRIEND. RESPONDENT STATED THAT HE IS
CRAZY AND THAT HE WOULD HURT PETITIONER AND GO TO JAIL.

05-05-96: RESPONDENT CALLED PETITIONER'S RESIDENCE AND ASKED IF
THERE WAS A MAN AT THE RESIDENCE WITH PETITIONER. RESPONDENT CALLED
BACK AND A MALE FRIEND ANSWERED THE PHONE BECAUSE PETITIONER WAS
NOT HOME. WHEN PETITIONER RETURNED HOME A FRIEND TOLD HER THAT
RESPONDENT HAD CALLED AND WANTED TO KNOW IF SHE HAD A MAN IN THE
HOUSE. RESPONDENT SOUNDED ANGRY. **LATER:** RESPONDENT WENT TO
PETITIONER'S RESIDENCE AND ORDERED HER TO OPEN THE DOOR. PETITIONER
REFUSED AND RESPONDENT KICKED THE DOOR IN AND ENTERED THE
RESIDENCE. RESPONDENT WAS YELLING AND USING OBSCENITIES.

04-96 (MONTH OF): PETITIONER STOPPED TO LET RESPONDENT'S SISTER OUT
OF HER CAR. RESPONDENT EXITED THE CAR AS WELL AS PETITIONER WHO
FEARED FOR HER SAFETY. PETITIONER ATTEMPTED TO FLEE AND RESPONDENT
GRABBED HER SHOE AND REPEATEDLY HIT HER IN THE HEAD, HAND AND BACK
WITH THE HEEL OF THE SHOE. RESPONDENT WAS RESTRAINED AND PETITIONER
WENT TO THE EMERGENCY ROOM FOR TREATMENT.

                                              (CONTINUED)



IN THE PAST RESPONDENT HAS DONE THE FOLLOWING TO PETITIONER:

PUNCHED, KICKED AND JUMPED ON PETITIONER'S HEAD CAUSING SEVERE

BRUISING AND SWELLING, KICKED HER IN THE SIDE CAUSING HER TO FALL

DOWN A SET OF STAIRS INTO BED POSTS, BLOODIED HER NOSE, HIT WITH A

BELT, PUSHED, SHOVED, FORCED SEX, SCRATCHED, "BUSTED" HER LIP,

KICKED IN THE STOMACH-HEAD-AND BODY, SPIT AND URINATED ON HER.

WHILE SHE WAS PREGNANT: SLAPPED HER IN THE PRESENCE OF POLICE

OFFICERS, PUNCHED HER IN THE ABDOMEN.

PETITIONER FEARS RESPONDENT WILL SERIOUSLY HARM HER AGAIN OR EVEN

KILL HER.