IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COREY L. HARRIS,<br>　　　　Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No. 04-369 Erie |
| DOMESTIC RELATIONS SECTION, et al,<br>　　　　Defendants. | )<br>)<br>) |

## **N O T I C E**

　　TAKE NOTICE that the above captioned case is scheduled for a Status Conference before the Honorable Susan Paradise Baxter, on April 6, 2006 at 11:00 a.m., Room A280, United States Courthouse, 17 South Park Row, Erie, Pennsylvania. All parties must appear in person.

　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　s/Leslie R. Wallen
　　　　　　　　　　　　　　　　　　　　Leslie R. Wallen
　　　　　　　　　　　　　　　　　　　　Judicial Assistant/Courtroom Deputy to
　　　　　　　　　　　　　　　　　　　　Judge Baxter
　　　　　　　　　　　　　　　　　　　　(814) 464-9630

Dated: March 24, 2006

cc: all parties of record (lw)