IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA


COREY L. HARRIS,                        )
                    Plaintiff,          )
                                        )
            v.                          )   Civil Action No. 04-369 Erie
                                        )
DOMESTIC RELATIONS SECTION, et al,      )
                    Defendants.         )


**N O T I C E**


        TAKE NOTICE that the above captioned case is scheduled for a Status Conference

before the Honorable Susan Paradise Baxter, on April 6, 2006 at 2:00 p.m., Room A280, United

States Courthouse, 17 South Park Row, Erie, Pennsylvania. All parties must appear in person.




                                    Sincerely,

                                    s/Leslie R. Wallen
                                    Leslie R. Wallen
                                    Judicial Assistant/Courtroom Deputy to
                                    Judge Baxter
                                    (814) 464-9630



Dated: March 24, 2006


cc:  all parties of record (lw)