**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

Corey Harris,                             :
                       Plaintiff      :
      v.                                     :
                             :
Domestic Relations, Vivean Tate,          :      C.A. No.: 04-369 ERIE
Judge Stephanie Domitrovich, Denise       :
Nelson, Mark Causgrove and Robin Tate     :
                Defendants      :

# NOTICE OF APPEARANCE

TO THE CLERK OF COURTS:

Please enter my appearance on behalf of defendant Mark Causgrove.

                      Respectfully submitted,

                      S/Matthew J. McLaughlin
                      Matthew J. McLaughlin
                      Assistant Solicitor for Erie County
                      246 West Tenth Street
                      Erie, Pennsylvania 16501
                      (814) 454-1010
                      Counsel for defendant,
                      Mark Causgrove

Dated: April 3, 2006