IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COREY HARRIS, )<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>DOMESTIC RELATIONS, et al., )<br>    Defendants )<br>) | Civil Action No. 04-369 ERIE |

**ORDER OF RECUSAL**

AND NOW THIS __3RD__ day of April, 2005, pursuant to 28 U.S.C. § 455, that the Honorable Sean J. McLaughlin hereby recuses himself as to all matters of the above-captioned case

IT IS HEREBY ORDERED that the Clerk of Courts is directed to reassign this case for all further proceedings.

    S/Sean J. McLaughlin
    Sean J. McLaughlin
    United States District Judge

cc: counsel/parties of record __NK__