IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Corey Harris, | : | |
|         Plaintiff | : | |
| v. | : | |
| | : | |
| Domestic Relations, Vivean Tate, | : | C.A. No.: 04-369 ERIE |
| Judge Stephanie Domitrovich, Denise | : | |
| Nelson, Mark Causgrove and Robin Tate | : | |
|         Defendants | : | |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURTS:

Please enter my appearance on behalf of defendant Denise Nelson.

Respectfully submitted,

S/Matthew J. McLaughlin
Matthew J. McLaughlin
Assistant Solicitor for Erie County
246 West Tenth Street
Erie, Pennsylvania 16501
(814) 454-1010
Counsel for defendant,
Denise Nelson

Dated: April 5, 2006