# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Corey L. Harris )
)
)
Plaintiff )
vs. )  No.   CA 04-369 Erie
Domestic Relations Section, et al )
)
)
Defendants )

HEARING ON   April 6, 2006   Status Conference

Before   Chief U. S. Magistrate Judge Susan Paradise Baxter

Corey L. Harris, pro se

Appear for Plaintiff

Vivian Tate, pro se
Matthew J. McLaughlin, Esq. for Cosgrove/Nelson
Robin Tate, pro se

Appear for Defendant

Hearing Begun 2:05

Hearing Adjourned to 2:42

Hearing concluded C.A.V.

Stenographer Carol Holdnack
CD:     Index:

### WITNESSES

For Plaintiff

For Defendant

Motions to dismiss are due April 28, 2006, by Cosgrove & Nelson. Motions for judgment on the pleadings by Tate & Tate due May 5, 2006. π's responses/opposition to motions due May 12, 2006.

C. Ander
Law Clerk