## UNITED STATES DISTRCT COURT

April 28, 2006

**Summons In a Civil Case**                         **Case No. CA 04-369 ERIE**

Corey L. Harris, Sr.
Vs.
Vivian Tate

### A Replied Brief in Support of a

### Motion to Dismiss

The undersigned person was never a state actor or a state employee. I would like to file this issue under Sect. 1983.

WHEREBY, I petition to have the court to have this case dismissed.

Sincerely,

*[signature]*

Vivian C. Tate

FILED
06 APR 27 P2:21
CLERK
U.S. DISTRICT COURT