IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Corey Harris, | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | C.A. No.: 04-369 ERIE |
| | : | |
| Domestic Relations Section, et al., | : | |
| Defendants | : | Magistrate Judge Baxter |

## MOTION FOR JUDGEMENT ON THE PLEADINGS PURSUANT TO FED. R.C.P. 12(c) FILED ON BEHALF OF DEFENDANT, DENISE NELSON

AND NOW, this 28th day of April, 2006, comes defendant, Denise Nelson, by and through her counsel, Matthew J. McLaughlin, and files this motion for judgement on the pleadings pursuant to Fed. R.C.P. 12(c), stating in support thereof the following:

1. Plaintiff has failed to set forth a viable § 1983 claim against defendant, Denise Nelson, because plaintiff's claims are barred by the Rooker-Feldman doctrine.

WHEREFORE, it is respectfully requested that this Honorable Court, recommend that the claims of plaintiff, Corey Harris, against defendant, Denise Nelson be dismissed, with prejudice.

Respectfully submitted,

S/Matthew J. McLaughlin
Matthew J. McLaughlin
Assistant Solicitor for Erie County
246 West Tenth Street
Erie, Pennsylvania 16501
(814) 454-1010
Counsel for defendant,
Denise Nelson

Dated: April 28, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Corey Harris, | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | C.A. No.: 04-369 ERIE |
| | : | |
| Domestic Relations Section, et al., | : | |
| Defendants | : | Magistrate Judge Baxter |

## CERTIFICATE OF SERVICE

_____The undersigned hereby certifies that a true and correct copy of the within motion for judgement on the pleadings pursuant to Fed. R.C.P. 12(c) filed on behalf of defendant, Denise Nelson, was served upon plaintiff, Corey Harris, on April 28, 2006, via United States, first class mail, postage pre-paid, and upon all counsel of record via electronic filing, in accordance with the applicable Rules.

By:   S/Matthew J. McLaughlin
      Matthew J. McLaughlin
      Assistant Solicitor for Erie County
      246 West Tenth Street
      Erie, Pennsylvania 16501
      (814) 454-1010
      Counsel for defendant,
      Denise Nelson

Dated: April 28, 2006