## UNITED STATES DISTRCT COURT

April 28, 2006

**Summons In a Civil Case**                                **Case No. CA 04-369 ERIE**

Corey L. Harris, Sr.
Vs.
Robin Q. Tate

### A Replied Brief in Support of a

### Motion to Dismiss

The undersigned person was never a state actor or a state employee. I would like to file this issue under Sect. 1983.

WHEREBY, I petition to have the court to have this case dismissed.

Sincerely,



Robin Q. Tate

FILED '06 APR 28 P3:04 CLERK U.S. DISTRICT COURT