In the United States District Court
for the Western District of Pennsylvania

Corey Harris PROSE
    Plaintiff
V.

Domestic Relations Section, et,al
    Defendants

5/12/06
C.A. NO: 04-369-E
M.J. Baxter

Motion of Extension of time untile May 28, 2006 to Respond to defendants motion to dismiss.

FILED
'06 MAY 12 A10:27
CLERK
U.S. DISTRICT COURT

Certificate of Service

The undersigned hereby certifies that a true and correct copy of the within motion of Extension of time to Respond pursuant to Fed. R.C.P. 12(b)(1) and (B)(6) on behalf of Plaintiff PROSE Corey Harris on May 12, 2006 via hand delivered to U.S. Court and upon all counsel of record was mail by U.S. mail Service.

Corey Harris PROSE
# (814)340-0051    5/12/06
P.O. Box 3618 Erie, PA 16508