

**ERIE**
REGIONAL CHAMBER AND
GROWTH PARTNERSHIP

CH's Service Providers
Corey Harris
304 East 22nd Street
Erie, Pa  16503

Dear Corey,

We are looking forward to having you as a member of the Erie Regional Chamber and Growth
Partnership. I have enclosed a copy of our magazine and our current membership structure. Let me
know if you have any questions or comments.

**Trustee Membership is $200 for up to 5 full-time employees ($2 per employee over 5; $1
per part-time employee).**

We also have Silver, Gold, and Platinum membership levels available. Please refer to the membership
information brochure or call me and I can provide an overview.

Sincerely,

John Karnes
Director of Sales
Erie Regional Chamber & Growth Partnership
454-7191  x 138
459-7191  - fax
jkarnes@eriepa.com

*Exhibit # E - 2006*

▶ 208 East Bayfront Parkway
Suite 100
Erie, Pennsylvania 16507

▶ 814-454-7191
814-459-0241 (fax)

▶ www.ErieChamber.com
www.InvestErie.com



PHIL ENGLISH
3RD DISTRICT, PENNSYLVANIA

WAYS AND MEANS COMMITTEE

SUBCOMMITTEES:
HUMAN RESOURCES
HEALTH
TRADE

JOINT ECONOMIC COMMITTEE

CHAIRMAN:
CONGRESSIONAL STEEL CAUCUS
CONGRESSIONAL REAL ESTATE CAUCUS

PLEASE REPLY TO:

☐ 1410 LONGWORTH HOUSE OFFICE BUILDING
WASHINGTON, DC 20515-3803
(202) 225-5406

☐ 208 EAST BAYFRONT PARKWAY, SUITE 102
ERIE, PA 16507-2405
(814) 456-2038

☐ 900 NORTH HERMITAGE ROAD, SUITE 6
HERMITAGE, PA 16148-3243
(724) 342-6132

☐ 312 CHESTNUT STREET, SUITE 114
MEADVILLE, PA 16335-3208
(814) 724-8414

☐ 101 EAST DIAMOND STREET, SUITE 213
BUTLER, PA 16001-5944
(724) 285-7005

☐ 325 PENNSYLVANIA AVENUE WEST
WARREN, PA 16365-2414
(814) 723-7282

# Congress of the United States
## House of Representatives
### Washington, DC 20515-3803

June 16, 2004

CH'S Transportation Service

304 East 22nd Street
Erie, PA   16503

Dear Friend:

Thank you for contacting me to inquire about federal grant funding.  I appreciate your interest.

In order to expedite your request due to new mail procedures in the House of Representatives, I encourage you to correspond with my office via email at grantspa03@mail.house.gov.  To facilitate your request, please provide the following information:

**Seeking Grant Support Letter:**

- Name, address and phone number of the contact person AT THE AGENCY that administers the grant program for which you are applying;
- An executive summary of the program/project for which you seek funding, including who, what, where, who will be served, cost, cost-sharing ratio, history of funding attempts for this specific project, and a general summary of the purpose of the program/project;
- Name, address, and phone number of the contact person whom the support letter request originated ( you and/or the organization's name);
- An electronic draft of the support letter to be submitted by our office.

**Seeking Federal Grant Programs:**

- Specific information describing the applying organization/individual/government entity/company/or school district who will be applying for the grant;
- A brief description of the project for which the applicant is seeking funding;
- Whom the program would benefit and/or serve, if applicable;
- Description of any other funding sources solicited by application for this project.

Again, thank you fro your interest in federal grants.  If the above-mentioned criteria has been satisfied, you will receive a response from our office within two weeks.

*Exhibit #*
*N-204*

21

June 16, 2004

Best wishes,

*Phil*

Phil English
Member of Congress

PSE/jw

# EVANS STRICKLAND BEST

Architecture  ●  Construction  ●  Design/Build

June 14, 2004

Mr. Corey Harris, President
CH's Service Provider Corporation
304 East 22nd Street
Erie, PA 16503

RE:    New Office and Garage
       CH's Service Provider Corporation
       Erie, PA

Dear Mr. Harris:

I was pleased to meet with you this afternoon regarding your new business venture. It would be an exciting addition to the Erie Community and a great opportunity for you. We look forward to working on this project.

As I understand, you will be constructing a new office building for approximately 35 people, a storage garage for approximately 30 vehicles and a maintenance garage for 4 vehicles and related storage space. Site development would involve a parking lot for approximately 50 vehicles, an entrance road and related driveways, and water/sewer infrastructure to serve the new buildings.

Based on the above, an estimate of the building/site requirements and related costs are as follows:

| | | |
|---|---|---|
| Office Building: | 7,500 sf @ $100.00/sf = | $750,000.00 |
| Storage Garage: | 12,000 sf @ $50.00/sf = | $600,000.00 |
| Maintenance Garage: | 2,000 sf @ $70.00/sf = | $140,000.00 |
| Entrance & Driveways: | | $ 25,000.00 |
| Parking: | | $200,000.00 |
| Water/Sewer: | | $ 25,000.00 |
| | Subtotal: | $1,740,000.00 |
| Architectural and Engineering Fees | | $174,000.00 |
| | Subtotal: | $1,914,000.00 |
| 10% Contingency: | | $191,400.00 |
| | Total: | $2,105,400.00 |

If you have any questions on the above, please contact me at the address or phone number below.

Sincerely,

Lee M. Strickland, President

LMS:jao

1000 Renaissance Centre, 1001 State Street, Erie, PA 16501-1830
● Architecture 814/454-6379 ● Construction 814/459-1376 ● Fax 814/453-5189

Email Erie  esb@evansstricklandbest.net

(23)



**PALACE**
BUSINESS CENTRES

October 18, 2004

To Whom It May Concern:

Corey Harris, Owner, CH's Service Provider, has employed Palace Business Centres as his
office support staff to provide all business support for CH's Service Provider during the
transitional period necessary for the establishment and development of his business.

The Staff includes:

Catherine Leone: Marketing/Human Resources/Client Services
Perri Mizanin:  Client Services/Administrative
Kelly Reams:  Administrative/Paralegal
Donna Schack:  Administrative/Paralegal
Linda Stallbaum:  Bookkeeping
Marjorie Carey:  Receptionist/Phone Answering/Client Services

Sincerely,

Catherine L Leone
Marketing/Client Services

Exhibit # H-2004

## MEDICAL SOURCE STATEMENT OF CLAIMANT'S ABILITY
## TO PERFORM WORK-RELATED PHYSICAL ACTIVITIES

NAME: COREY HARRIS                                    S.S.NO.: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

Doctor:  Please assess the claimant's ability to engage in full-time employment in a regular work setting.  You should consider the combined effects of all impairments, the side effects of any medication, and the effects of symptoms (e.g., pain, fatigue, etc.) The ASSESSMENT SHOULD REFLECT MAXIMUM SUSTAINABLE PHYSICAL CAPACITY, not a median or minimum . Your opinion should be based on clinical signs and laboratory findings, NOT ON THE INDIVIDUAL'S STATEMENTS.

DEFINITIONS:     Occasional - from very little up to 1/3 of an 8 hour day.      Frequent  - from 1/3 to 2/3 of an 8 hour day.
                 Capacity  - Maximum Sustainable Capacity

| LIFTING | No Limitation ❑ | | CARRYING | No Limitation ❑ | |
|---|---|---|---|---|---|
| Capacity: | Frequent | Occasional | Capacity: | Frequent | Occasional |
| 2-3 pounds | ❑ | ❑ | 2-3 pounds | ❑ | ❑ |
| 10  pounds | ☑ | ❑ | 10  pounds | ☑ | ❑ |
| 20  pounds | ❑ | ❑ | 20  pounds | ❑ | ❑ |
| 25  pounds | ❑ | ❑ | 25  pounds | ❑ | ❑ |
| 50  pounds | ❑ | ❑ | 50  pounds | ❑ | ❑ |
| 100 pounds | ❑ | ❑ | 100 pounds | ❑ | ❑ |

Supportive medical findings, if not otherwise included in report:  *Left Thumb - base - Paint*

---

| STANDING AND WALKING | No Limitation ❑ |
|---|---|

Capacity (cumulative in 8-hour day):
- ❑  1 Hour or less
- ❑  1 to 2 Hours
- ❑  More than 2 Hours but less than 6 Hours; How many? _____
- ❑  6 Hours or more
- ❑  Hand-held assistive device required for:  ❑  balance;  ❑  ambulation;  ❑  other _____

Supportive medical findings, if not otherwise included in report:  *Painful Left Foot    Everted Foot*

---

| SITTING | No Limitation ☑ |
|---|---|

Capacity:
- ❑  Sit less than 6 Hours.  How many? _____
- ❑  Sit 6 Hours
- ❑  8 Hours with alternating sit/stand at his/her option.

Supportive medical findings, if not otherwise included in report:

---

| PUSHING AND PULLING | No Limitation ❑ |
|---|---|

Consider operation of hand and/or foot controls.
- ❑  Unlimited, other than shown under lifting and carrying
- ☑  Limited in upper extremity (describe nature and degree)      *Painful Left Thumb*
- ☑  Limited in lower extremity (describe nature and degree)      *Painful Left Foot*

Supportive medical findings, if not otherwise included in report:

---

DD-168    Rev. 3/4/98   Commonwealth of PA/Bureau of Disability Determination          TDN:  0082464834

*Exhibit* #

JOHN C KALATA DO                                    COREY HARRIS
D. Kocher/PZB                                       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

## POSTURAL ACTIVITIES            No Limitation    ☐

How frequently can the individual perform the following activities?  Please specify the nature and degree of any limitation.

|            | Frequent | Occasional | Never | Comments |
|------------|----------|------------|-------|----------|
| Bending    | ☑        | ☐          | ☐     | _Left foot Dysfunction_ |
| Kneeling   | ☐        | ☑          | ☐     |          |
| Stooping   | ☐        | ☑          | ☐     |          |
| Crouching  | ☐        | ☑          | ☐     |          |
| Balancing  | ☐        | ☑          | ☐     |          |
| Climbing   | ☐        | ☐          | ☐     |          |

Supportive medical findings, if not otherwise included in report:

_____

_____

## OTHER PHYSICAL FUNCTIONS            No Limitation    ☐

Are the following affected by the impairment(s)?  Please specify the nature and degree of any limitation.

|                  | No | Yes | Comments |
|------------------|----|-----|----------|
| Reaching         | ☑  | ☐   | _Left Thumb Painful_ |
| Handling         | ☑  | ☐   | _glasses needed_ |
| Fingering        | ☐  | ☑   |          |
| Feeling          | ☐  | ☑   |          |
| Seeing           | ☐  | ☑   |          |
| Hearing          | ☑  | ☐   |          |
| Speaking         | ☑  | ☐   |          |
| Tasting/Smelling | ☑  | ☐   |          |
| Continence       | ☑  | ☐   |          |

Supportive medical findings, if not otherwise included in report:

_____

_____

## ENVIRONMENTAL RESTRICTIONS            No Limitation    ☐

Are the following affected by the impairment(s)?  Please specify the nature and degree of any limitation.

|                      | Comments |                        | Comments |
|----------------------|----------|------------------------|----------|
| ☐ Poor Ventilation   | _Painful_ | ☐ Wetness             |          |
| ☐ Heights            |          | ☐ Dust                 |          |
| ☑ Moving Machinery   | _feet_   | ☐ Noise                |          |
| ☐ Vibration          |          | ☐ Fumes,Odors,Gases    |          |
| ☐ Temperature Extremes |        | ☐ Humidity             |          |
| ☐ Chemical           |          | ☐ Other                |          |
| (Please Specify)     |          | (Please Specify)       |          |

Supportive medical findings, if not otherwise included in report:

_____

_____

_Dr John C Kalata_                        Date Last Seen  _11-13-03_
Physician's Name (PLEASE PRINT)

_[signature]_                              Date  _11-13-03_
Physician's  Signature

DD-168  Rev. 3/4/98;5/00  Commonwealth of PA/Bureau of Disability Determination

TDN:  0082464834



**OFFICE OF VOCATIONAL REHABILITATION**

3200 LOVELL PLACE - ERIE, PA 16503

WARREN FIELD OFFICE - 2 MARKET ST. - WARREN, PA 16365 - 814/723-2790

SHARON FIELD OFFICE - 217 W. STATE ST. - 2ND FLOOR - SHARON, PA 16146 - 724/347-9257



(814) 871-4551   •   (814) 871-4535 TTY   •   (814) 871-4631 Fax   •   800-541-0721

**DEPARTMENT OF**
**LABOR & INDUSTRY**
COMMONWEALTH OF PENNSYLVANIA

December 14, 2004

Mr. Corey Harris
P.O. Box 3618
Erie PA   16508

Dear Mr. Harris:

Your name was referred to our office as someone who may be interested in Office of Vocational Rehabilitation services.  It is important that I meet with you to complete an initial interview. Please meet me at:

| | |
|---|---|
| **PLACE** | **Office of Vocational Rehabilitation** |
| **ADDRESS** | **3200 Lovell Place, East 13th Street between French and Holland Streets, Erie, PA** |
| | **(use the 13th Street Entrance at east end of building, close to Holland Street, near the Matthew's Trattoria sign- take elevator to the 3rd Floor)** |
| **DATE** | **Wednesday, January 5, 2005** |
| **TIME** | **8:00 a.m.** |

To facilitate your rehabilitation process, please bring the following items with you, if available:

1.  **All medical records currently in your possession.**
2.  **Names of current prescriptions and dosages.**
3.  **Resume and/or listing of all previous employers and job tasks required of the position.**
4.  **A copy of your 1040 or last pay stub.**
5.  **Names and addresses of medical providers from whom you have received treatment**

**If you do not appear for this appointment and have not called to reschedule prior to your appointment date your case will be closed with the Office of Vocational Rehabilitation.**

Sincerely,

*Teri Rexford*

Teri Rexford
Rehabilitation Counselor

*Exhibit E*
*J- 2006*

TR/rdh

**P.S.:  PLEASE COMPLETE THE  ENCLOSED APPLICATION AND BRING IT WITH YOU FOR YOUR APPOINTMENT.   IF YOU HAVE DIFFICULTY WITH ANY OF THE INFORMATION INSIDE OR CANNOT FILL OUT PARTS OF THE APPLICATION PLEASE LEAVE THEM BLANK AND WE WILL COMPLETE THEM LATER.**





# HOUSING AUTHORITY
## OF THE CITY OF ERIE

606 Holland Street • Erie, PA 16501-1285
Phone: 814-452-2425
Fax: 814-452-2429

**Housing Opportunities for the People of Erie**

AGNES R. PRISCARO
*Chair*

C. TED DOMBROWSKI
*Vice Chair*

BISHOP DWANE BROCK
*Treasurer*

TRELANE C. BATTLES
*Commissioner*

DONALD C. MEYERS
*Commissioner*

JOHN E. HORAN
*Executive Director and Secretary*

DONALD E. WRIGHT, JR., ESQ.
*Legal Counsel*

December 15, 2004

Corey Harris
P.O. Box 3618
Erie, PA 16508

Dear Mr. Harris:

You have applied for public housing with our office. As part of our selection process, we have reviewed and investigated your past performance in meeting financial obligations, your record of living and housekeeping at prior residences, and we have conducted a search concerning prior criminal activity of record. This investigation has resulted in a determination that you are ineligible for public housing because of the following:

1.  You have an unfavorable credit report. You may receive a copy of your credit report by calling 1-800-888-4213.
2.  You have a criminal record. I have enclosed a copy.

You are entitled to an informal hearing to review, explain or reply to the above finding(s) and decision, and to offer evidence of rehabilitation. If you desire an informal hearing, you must **SEND OUR OFFICE WRITTEN DOCUMENTATION** WITHIN TEN (10) DAYS OF THIS LETTER TO SET UP AN APPOINTMENT FOR AN INFORMAL HEARING. You may be represented by counsel at the informal hearing, but it is not a requirement. If you do not request a hearing, you will remain ineligible in accordance with this letter.

Sincerely,

Jan Vommaro

Jan Vommaro
Tenant Selection Office

Exhibit K-200+



**KENT STATE**
U N I V E R S I T Y

October 19, 2004

Corey Harris
P.O. Box 3618
Erie, PA   16508

Dear Mr. Harris,

Thank you for your interest in the position of Director of Business Administrator Services at Kent State University.

We received many applications from a field of highly qualified candidates, making the selection process challenging. While your qualifications for this position are impressive, after carefully considering the letters and resumes submitted we have determined that another candidate possesses the combination of experience and education that best match our requirements.

We appreciate your interest in employment at Kent State University, and hope that you will consider other positions that may become available and be of interest to you.

Sincerely,

*Matthew Fajack*

Matthew Fajack
Executive Director of Financial Affairs

MF:cg

*Exhibit #L-2006*

**Financial Affairs**

226 Michael Schwartz Center • P.O. Box 5190 • Kent, Ohio 44242-0001
Office (330) 672-2422 • Fax (330) 672-5434 • http://www.kent.edu/finaffair/



20510Revised.qxd  11/22/2004  10:42 AM  Page 1

# Coming Soon

# Erie
## and Surrounding Areas

# CH's Service Provider

### A Professional Transportation Service

### Providing Your Total Transportation Needs

### 24 Hours/7 Days A Week Including Holidays

### Non-Stop Service To and From
### Work, School, Day Care, Recreation

### Senior Citizen Rate Daily

### Provided by a Professional Uniformed Driver

### Everyday Low Rates

### Our Motto is Quality and Safety

**www.chsserviceprovider.com • lowrates@velocity.net**

# 877-416-7032 • 814-882-1674

*Conclison Exhibit*
*Page 15, and*
*AMEDGEMENT 4-A*
*Page 12*

*Exhib.#7*
*G-2006*





Court of Common Pleas
Domestic Relations Section
509 Sassafras Street
Erie, Pa  16507

Dear Sir or Madam:

Corey Harris has been employed with the Medical Staffing Network from 5/30/03 to 9/2/03 and 6/4/04 to the present. We are a staffing agency and employees are scheduled on an as needed basis.  All employees are hired as per diem.

If I may be of further assistance feel free to contact me at 814-866-3458

Sincerely,

*Karen Wheeler*

Karen Wheeler
Human Resources

*Exhibit #*
*C⁻ᴬ 2006*

where
**experience**works

4402 Peach Street, 102 South • Erie, PA 16509 • Telephone 814.866.3458 • Facsimile 814.866.3468 • www.MSNHealth.com



2

# CH's SERVICE PROVIDER

## "Erie's Full Service Transportation Provider"

### Business Plan – 2004

### Corey L. Harris, President/CEO
P.O. Box 3618
Erie, PA 16508
814-504-2098

Exhibit #
C-1 2006

(34)

# Income Statement

**CH's Service Provider**

| | Internal 12/31/2004 | Planned 12/31/2005 | Planned 12/31/2006 | Planned 12/31/2007 |
|---|---|---|---|---|
| Sales - Service | 0 | 1,725,000 | 2,799,996 | 5,000,004 |
| Sales - Start-Up | 0 | 12,000 | 12,000 | 12,000 |
| Revenue | 0 | 1,737,000 | 2,811,996 | 5,012,004 |
| | | | | |
| Total Gross Profit | 0 | 1,737,000 | 2,811,996 | 5,012,004 |
| | | | | |
| Accounting- Bookkeeping | 0 | 15,000 | 15,000 | 15,000 |
| Accounting- Tax Preparation | 0 | 0 | 3,500 | 3,500 |
| Accounting- Final Statement | 0 | 0 | 7,500 | 7,500 |
| Auto- Gas | 0 | 132,881 | 215,118 | 383,418 |
| Auto- Maintenance | 0 | 80,944 | 131,039 | 233,559 |
| Auto- License & Registration | 0 | 2,953 | 4,780 | 8,520 |
| Advertising | 0 | 50,000 | 30,000 | 30,000 |
| Bank Charges | 0 | 3,600 | 3,600 | 3,600 |
| Contract Labor | 0 | 327,537 | 0 | 0 |
| Depreciation | 0 | 36,143 | 36,143 | 44,714 |
| Director- Taxes | 0 | 1,754 | 2,628 | 2,628 |
| Director- Benefits | 0 | 780 | 780 | 780 |
| Director- Salaries | 0 | 18,500 | 30,000 | 30,000 |
| Director- Workers Comp | 0 | 900 | 900 | 900 |
| Employee Benefits | 0 | 12,870 | 25,740 | 35,100 |
| Employee Salaries | 0 | 343,134 | 686,268 | 936,000 |
| Employee Payroll Taxes | 0 | 28,098 | 56,196 | 76,644 |
| Employee Workers Comp | 0 | 18,702 | 37,404 | 51,000 |
| Insurance - Auto | 0 | 112,500 | 112,500 | 142,500 |
| Insurance - Liability | 0 | 25,000 | 40,464 | 72,120 |
| Legal | 0 | 10,000 | 0 | 0 |
| Marketing- Design | 0 | 1,000 | 0 | 0 |
| Marketing- Printing | 0 | 24,000 | 24,000 | 24,000 |
| Miscellaneous Expense | 0 | 3,000 | 4,200 | 5,400 |
| Office Supplies | 0 | 6,000 | 4,800 | 4,800 |
| Postage | 0 | 2,400 | 2,400 | 2,400 |
| Rent | 0 | 7,200 | 7,200 | 7,200 |
| Software | 0 | 1,500 | 0 | 0 |
| Storage Lot- Rent | 0 | 18,000 | 18,000 | 18,000 |
| Storage Lot- Occupancy | 0 | 10,500 | 10,500 | 10,500 |
| Supplies- Uniforms | 0 | 19,440 | 19,440 | 21,840 |
| Telephone & Fax | 0 | 12,000 | 12,000 | 12,000 |
| Meals & Entertainment | 0 | 9,000 | 9,000 | 9,000 |
| Training- Cust Service | 0 | 5,000 | 0 | 1,000 |
| Training- Sales | 0 | 28,000 | 0 | 1,000 |
| Training- Safety | 0 | 10,000 | 0 | 2,000 |
| Website- Development | 0 | 45,000 | 0 | 0 |
| Website- Hosting | 0 | 1,000 | 1,200 | 1,200 |
| Operating Expenses | 0 | 1,424,335 | 1,552,300 | 2,197,824 |
| | | | | |
| Total Operating Income/(Loss) | 0 | 312,665 | 1,259,696 | 2,814,180 |
| | | | | |
| Profit Before Tax | 0 | 312,665 | 1,259,696 | 2,814,180 |
| | | | | |
| Net Income | 0 | 312,665 | 1,259,696 | 2,814,180 |

*Exhibit #2, 2006*





ERIE COUNTY, PA

DEPARTMENT OF HUMAN SERVICES
**Office of Children & Youth**
154 West Ninth Street, Erie, Pennsylvania 16501-1303
Telephone: 814-451-6600   TTY: 814-451-6556

RICK SCHENKER
COUNTY EXECUTIVE

DEBRA LIEBEL, MPA
EXECUTIVE DIRECTOR

(36)

12-13-04

Corey Harris
304 East 22nd St
Erie, PA 16503

Dear Mr. Harris:

On 12-9-04 this agency received a referral regarding your child(ren) and I was assigned to evaluate the allegations. I have completed my evaluation and have determined that it is not necessary for your family to receive ongoing services from this agency at this time. This agency's involvement with your family will now cease.

In the event new allegations are received by the Agency, an intake specialist will be assigned to evaluate the allegations and make a determination about the need for further services. If, in the future, you believe that this agency can assist you in preventing your children from being abused or neglected, please do not hesitate to contact the agency.

I have enclosed a Family Survey that is sent to all families who have had involvement with the Intake program at this agency. Please take a moment to complete the survey and return it in the postage stamped envelope that is also provided. Your answers to this survey are confidential and does not require your signature or for you to identify yourself in any way. Thank you in advance for your participation.

Sincerely,

Supervisor



erie county
DHS
...helping people

*Exhibit #A-2006*

*Children & Youth - Mental Health & Mental Retardation - Drug & Alcohol Abuse*

**In the Court of Common Pleas of**     Erie     **County, Pennsylvania**
**DOMESTIC RELATIONS SECTION**

Robin Q. Tate _____
            Plaintiff

Vs.

Corey L. Harris _____
            Defendant

SS# 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

) Docket Number NS902811

) 

) PACSES Case Number 144003882

) 

) Other State ID Number

(37)

## Order

**AND NOW** to wit, this     15th day of December, 2004,     it is hereby Ordered that:
after hearing, the defendant is found in contempt of court for willfully failing to:

| | |
|---|---|
| ✓ pay support as ordered | _____ honor agreement(s) |
| ✓ appear as ordered/respond | ✓ report changes in employment/ |
| to notices | address/income |
| _____ participate in TEP | _____ other _____ |

It is hereby ordered, adjudged and decreed that _____ Corey L. Harris _____ shall be incarcerated in the Erie County Prison for
a period of _____ 4 _____ month(s)/days or a purge in the amount of _____ $4,000.00  total all cases.

✓ Defendant shall be eligible for work release.

_____ Defendant shall be eligible for suspended sentence after 60 days providing (s)he has:

     _____ Complied with the rules and regulations of the Work Release Program;

     _____ Maintained regular support payments for 60 day;

     _____ Participated in the Parent's Workshop while in Work Release and will continue
         to do so for a total of six (6) months.

Other conditions as follows:

NO Furlough

It is further ordered, adjudged and decreed the defendant shall pay $50.00 in contempt fees and all costs outstanding to the Erie
County Domestic Relations, Support Finance Office.

By the court,

_Stephanie Domitrovich_
STEPHANIE DOMITROVICH      **JUDGE**

## RELEASE

I, _____, an enforcement officer from the Domestic Relations Section verify the

above named defendant satisfied the conditions set forth by paying the purge of $_____ or served _____ months, as

sentenced.  Inasmuch as he/she is to be automatically released from prison, if there are no other outstanding warrants against

him/her.

Exhibit #
B- 2006  10-3

_____
Enforcement Officer      Date

**In the Court of Common Pleas of          Erie          County, Pennsylvania**
**DOMESTIC RELATIONS SECTION**

Malikah Y. Nixon                                              ) Docket Number NS200200563
                    Plaintiff                                 )
Vs.                                                           ) PACSES Case Number 165104344
Corey L. Harris                                              )
                    Defendant                                 ) Other State ID Number

SS# 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                                                                    (38)

### Order

   **AND NOW** to wit, this          15th day of December, 2004,          it is hereby Ordered that:
after hearing, the defendant is found in contempt of court for willfully failing to:

✓   pay support as ordered                          _____ honor agreement(s)
✓   appear as ordered/respond                       ✓   report changes in employment/
    to notices                                          address/income
_____ participate in TEP                              _____ other _____

It is hereby ordered, adjudged and decreed that _____Corey L. Harris_____ shall be incarcerated in the Erie County Prison for
a period of __6__ month(s)/days or a purge in the amount of _$4,000.00 total all cases_

✓   Defendant shall be eligible for work release.

_____ Defendant shall be eligible for suspended sentence after 60 days providing (s)he has:

    _____ Complied with the rules and regulations of the Work Release Program;

    _____ Maintained regular support payments for 60 day;

    _____ Participated in the Parent's Workshop while in Work Release and will continue
        to do so for a total of six (6) months.

Other conditions as follows:
Consecutive to NS902811   NO Furlough

It is further ordered, adjudged and decreed the defendant shall pay $50.00 in contempt fees and all costs outstanding to the Erie
County Domestic Relations, Support Finance Office.

           By the court,

           _Stephanie Domil_
           STEPHANIE DOMITROVICH          **JUDGE**

### RELEASE

I, _____, an enforcement officer from the Domestic Relations Section verify the

above named defendant satisfied the conditions set forth by paying the purge of $_____ or served _____ months, as

sentenced.  Inasmuch as he/she is to be automatically released from prison, if there are no other outstanding warrants against

him/her.

_____
Enforcement Officer                    Date

Exhibit #
13-2006
pg 3

**In the Court of Common Pleas of    Erie    County, Pennsylvania**
**DOMESTIC RELATIONS SECTION**

| | |
|---|---|
| Knioka C. Mclaurin_____ | ) Docket Number NS200202708 |
| _____Plaintiff_____ | ) |
| Vs. | ) PACSES Case Number 715105047 |
| Corey L. Harris_____ | ) |
| _____Defendant_____ | ) Other State ID Number |

(39)

SS# 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

### Order

**AND NOW** to wit, this        15th day of December, 2004,        it is hereby Ordered that:
after hearing, the defendant is found in contempt of court for willfully failing to:

| | |
|---|---|
| ✓ pay support as ordered | _____ honor agreement(s) |
| ✓ appear as ordered/respond | ✓ report changes in employment/ |
| to notices | address/income |
| _____ participate in TEP | _____ other _____ |

It is hereby ordered, adjudged and decreed that ____Corey L. Harris____ shall be incarcerated in the Erie County Prison for a period of ___6___ month(s)/days or a purge in the amount of $4,000.00 total all cases

___✓___ Defendant shall be eligible for work release.

_____ Defendant shall be eligible for suspended sentence after 60 days providing (s)he has:

_____ Complied with the rules and regulations of the Work Release Program;

_____ Maintained regular support payments for 60 day;

_____ Participated in the Parent's Workshop while in Work Release and will continue
to do so for a total of six (6) months.

Other conditions as follows:
Consecutive to NS200200563   No Furlough

It is further ordered, adjudged and decreed the defendant shall pay $50.00 in contempt fees and all costs outstanding to the Erie County Domestic Relations, Support Finance Office.

By the court,

_Stephanie Domitrovich_
STEPHANIE DOMITROVICH        **JUDGE**

---

### RELEASE

I, _____, an enforcement officer from the Domestic Relations Section verify the

above named defendant satisfied the conditions set forth by paying the purge of $_____ or served _____ months, as

sentenced. Inasmuch as he/she is to be automatically released from prison, if there are no other outstanding warrants against

him/her.

Exhibit #
13-2006
3013

_____        _____
Enforcement Officer                        Date



## In the Court of Common Pleas of ERIE County, Pennsylvania
### DOMESTIC RELATIONS SECTION

| | | |
|---|---|---|
| MALIKAH Y. NIXON | ) Docket Number | NS200200563 |
| Plaintiff | ) | |
| vs. | ) PACSES Case Number | 165104344 |
| COREY L. HARRIS | ) | |
| Defendant | ) Other State ID Number | 00864862 |

## ORDER

**AND NOW,** to wit on this   31ST DAY OF JANUARY, 2005   **IT IS HEREBY**

**ORDERED** that the   ◯ Complaint for Support or  ⊗ Petition to Modify or  ◯ Other

filed on   11/24/04   in the above captioned

matter is dismissed without prejudice due to:

DEFENDANT, COREY L. HARRIS FAILED TO APPEAR/CONTACT THE DRS ON HIS PETITION
TO MODIFY.  FURTHER, MR. HARRIS FAILED TO PROVIDE MEDICAL DOCUMENTATION
REGARDING HIS ILLNESS.  THEREFORE, REGULAR SUPPORT PAYMENTS AND ANY OF THE
TERMS AND OR CONDITIONS SHALL CONTINUE AS REQUIRED BY PRIOR ORDER OF COURT.

DEFENDANT OWES COURT COST IN THE AMOUNT OF $40.00.

THIS TEMPORARY ORDER OF COURT SHALL BECOME FINAL IN 10 DAYS UNLESS A
DEMAND FOR HEARING IS FILED WITHIN THE SAID 10 DAYS.

**CONFERENCE OFFICER**
**MICHAEL R. MIGDAL**

◯   The Complaint or Petition may be reinstated upon written application of the plaintiff
petitioner.

*Defendant failed to Transfer from County Prison was In Jail on 1/31/05. Due Process claim 1 of 3*

*Exhibit #D-2006 1 of 3*

**BY THE COURT:**

_____

**JUDGE**

Service Type M

Form OE-506
Worker ID 25413



### In the Court of Common Pleas of        ERIE        County, Pennsylvania
#### DOMESTIC RELATIONS SECTION

KNIOKA C. MCLAURIN            ) Docket Number    NS200202708
          Plaintiff           )
vs.           ) PACSES Case Number   715105047
COREY L. HARRIS           )
          Defendant           ) Other State ID Number

## ORDER

**AND NOW,** to wit on this    31ST DAY OF JANUARY, 2005    **IT IS HEREBY**

**ORDERED** that the   ◯ Complaint for Support or   ⊗ Petition to Modify or   ◯ Other

filed on     11/24/04     in the above captioned

matter is dismissed without prejudice due to:

DEFENDANT, COREY L. HARRIS FAILED TO APPEAR/CONTACT THE DRS ON HIS PETITION
TO MODIFY.  FURTHER, MR. HARRIS FAILED TO PROVIDE MEDICAL DOCUMENTATION
REGARDING HIS ILLNESS.  THEREFORE, REGULAR SUPPORT PAYMENTS AND ANY OF THE
TERMS AND OR CONDITIONS SHALL CONTINUE AS REQUIRED BY PRIOR ORDER OF COURT.

DEFENDANT OWES COURT COST IN THE AMOUNT OF $40.00.

THIS TEMPORARY ORDER OF COURT SHALL BECOME FINAL IN 10 DAYS UNLESS A
DEMAND FOR HEARING IS FILED WITHIN THE SAID 10 DAYS.

**CONFERENCE OFFICER**
**MICHAEL R. MIGDAL**

◯ The Complaint or Petition may be reinstated upon written application of the plaintiff
petitioner.

*Attachment 1-A*     # 20

**BY THE COURT:**     *Exhibit*
*page 5*

_____

                      **JUDGE**

Form OE-506
Worker ID 25413   *10f3*



**In the Court of Common Pleas of**      **ERIE**      **County, Pennsylvania**
**DOMESTIC RELATIONS SECTION**

| | | | |
|---|---|---|---|
| ROBIN Q. TATE | | ) Docket Number | NS902811 |
| | Plaintiff | ) | |
| vs. | | ) PACSES Case Number | 144003882 |
| COREY L. HARRIS | | ) | |
| | Defendant | ) Other State ID Number | |

## ORDER

**AND NOW,** to wit on this    28TH DAY OF JANUARY, 2005    **IT IS HEREBY**

**ORDERED** that the   ◯ Complaint for Support or   ⊗ Petition to Modify or   ◯ Other

filed on    11/24/04    in the above captioned

matter is dismissed without prejudice due to:

DEFENDANT FAILED TO APPEAR/CONTACT THE DRS ON HIS PETITION TO MODIFY.
FURTHER, MR. HARRIS FAILED TO PROVIDE MEDICAL DOCUMENTATION REGARDING HIS
ILLNESS.  THEREFORE, REGULAR SUPPORT PAYMENTS AND ANY OF THE TERMS AND OR
CONDITIONS SHALL CONTINUE AS REQUIRED BY PRIOR ORDER OF COURT.

DEFENDANT OWES COURT COST IN THE AMOUNT OF $40.00.

THIS TEMPORARY ORDER OF COURT SHALL BECOME FINAL IN 10 DAYS UNLESS A DEMAND
FOR HEARING IS FILED WITHIN THE SAID 10 DAYS.

**CO⋯⋯CE OFFICER**
**MICHAEL R. MIGDAL**

◯ The Complaint or Petition may be reinstated upon written application of the plaintiff
petitioner.

*Exhibit # Medical*
*Plaintiff # H*
*CA 04-369*

**BY THE COURT:**

_____
**JUDGE**

Form OE-506
Worker ID 25413

# Medical Staffing Network - #259

**Report:** Employee Payroll Summary
**Format:** N/A
**View:**
**Sorted By:** SSN

**User:** KAREN
**Date:** 03/15/2006
**Page:** 1
**Time:** 10:27 AM

**Notes:**

| Employee | | Earnings | | Deductions | | Taxes | |
|---|---|---|---|---|---|---|---|
| | Description | Amount | Description | Amount | Description | Amount | |
| **NAME: HARRIS, COREY** | Regular Hours Pay | $10,632.08 | | | Federal | $50.09 | |
| **SSN:** 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 | Bonus Other | $248.00 | | | FICA | $712.03 | |
| **GROSS:** $11,491.68 | Gross Pay Adjustment | -$73.50 | | | MEDICARE | $166.24 | |
| **NET:** $10,078.33 | Overtime Hours Pay | $685.10 | | | Erie, PA | $132.05 | |
| | | | | | PA | $352.94 | |
| **Totals** | | **$11,491.68** | | **$0.00** | | **$1,413.35** | |
| **Report Totals** | Regular Hours Pay | $10,632.08 | | | Federal | $50.09 | |
| **GROSS:** $11,491.68 | Bonus Other | $248.00 | | | FICA | $712.03 | |
| **NET:** $10,078.33 | Gross Pay Adjustment | -$73.50 | | | MEDICARE | $166.24 | |
| | Overtime Hours Pay | $685.10 | | | Erie, PA | $132.05 | |
| | | | | | PA | $352.94 | |
| | **Earnings Total** | **$11,491.68** | **Deductions Total** | **$0.00** | **Tax Total** | **$1,413.35** | |

**Female Employees On This Report:** 0
**Male Employees On This Report:** 1
**Total Employees:** 1

Exhibit # C-2 2006

