In The United States District Court
For The Western District of Pennsylvania.

Corey Harris, Pro Se          C.A. No. 04-369-E
Vs.   Plaintiff                District Judge Cohill
Domestic Relations, Section, et al. Magistrate Judge Baxter
      Defendants,

## Motion of Objection

Pursuant to Federal R, Civil P,

1.) Plaintiff motion the Court to reconsider M.J. R&R base on the following in Support As follow:

    A.) The Court R&R which was Supported by the defendants doctrine of the Rooker-Feldman doctrine.

    B.) The defendants doctrine has A Criminal Sub-Section code of crimes, Plaintiff Case does not. For the Court to Support the States doctrine, Under the kind from which the doctrine acquired its Name, from cases or criminal cases brought by State Court losers complaining of injuries caused by State-Court Judgments. Plaintiff States the Court R&R Should be Reconsider or denied by the Court do to Plaintiff Case has No record of Transcripts to Support the Rooker-Feldman doctrine. And is Not Criminal, And Can not be Supported.

②

C.) Plaintiff Case has No Criminal docket Number or Sub-Section Code of Criminal Law Applys to Plaintiff Case, base on the facts At hand the U.S. Court Should reconsider the R&R. AND Grant Plaintiff relief base on there is No transcripts in Plaintiff PA. Case.

D.) Plaintiff States this holding is not Consistent with decisions of the Third Circuit of Appeals as Setforth in the Cort doctrine of Parkview Associates Partnership V. City of Lebanon, 225 F.3d 321 3d Cir, 2000, Cert. denied, 535 U.S. 1055 (2002)

2.) Plaintiff motion the Cort to reconsider As to the requirement of the U.S. Court who may decide only Cases in, which An actual Conflict between person exists. which is the Constitutional doctrine that Applies in this Case 04-369-E whenever the U.S. and a state or local government enact Conflicting laws on the same Subject As the Cort R&R Support. Under this Constitutional doctrine the U.S. Court federal law Prevails.

A) The Court R&R does not support the body of law As to public law that body of law directly concerned with public Rights and obligations, such as Constitutional, Administrative, Criminal, and international law.

B) The Court R&R Supports the Judicial review as seeking the Power of the U.S. Supreme Court to declare unconstitutional an act of Congress a order, or a State law. which was Summarized by the U.S. Supreme Court As doctrine of the Rooker-Feldman doctrine.

C) This Court Should review this doctrine As being Voided by the Court As to the following: Exxon mobil corp. et al. V. Saudi Basic Industries corp. 544 U.S. 280, 284 (2005) by un State Cart losers.

(4)

3) The granting of the various powers of government in its jurisdisation among its three branches so that each branch checks the other two As in Support of the Court R&R un its Rooker-Feldman doctrine.

4) The Court R&R Support the appellate Court that reviews decisions of Prior Court for substantive and procedural correctness. As to Jurisdiction of the U.S. Distric Court of trials the power of a Court to decide a controversy and to award appropriate Relief.

5) motion of Subject matter Jurisdiction of the U.S. Court As to Plaintiff Corey Harris case which is a Civil case a court can hear. The court R&R Also Support a base of Jurisdiction in federal courts requiring that Plaintiff and defendants be involved in an actual Controversy that they be citizens of different states in seeking Plaintiff soughted Relife.

6) The Plaintiff motion the Court of a Alternative dispute resolution (ADR) The U.S. Court Consider alternatives to litigation, such as negotiation, mediation and arbitration whenever possible, methods of Resolving disputes through means other than the traditional Judicial process As Supported by the Courts R & R. See, McKnight V. Baker, 343 F. Supp. 2d 422 (E.D. Pa. 2004.)

7) Plaintiff motion the Court to include treating the Law as a Vibrant and Active Source of Rule when faced with New issues. Social as to Custody Such Courts are likely to See the Constitution as a flexible document, and <u>Stare decisis</u> As challengeable when they believe important Social needs must be addressed. The Court R & R does not Address the opinion of the Plaintiff Case As being a Social issue its unlawfulness as to his Civil Rights Claims.

8) <u>Conclusion</u>

Question about Administrative Anency's Plaintiff is Seeking to asking the court authorized statment of a federal or State government agency established to perform a specific function as to Enforcement of gernaishment of a Debt. In its support Enforcement.

Plaintiff states that the court R&R does not support Plaintiff suit of being Civil matter, but A doctrine of a Criminal matter In which the defendants doctrine supports.

Plaintiff motion the Cart that his civil Case of Enforcement of support does not have Court Transcripts and or any Criminal docket number to support the court R&R. under Rooker-Feldman doctrine. Plaintiff case is not similar to Plaintiff Civil Claims base on there is No-Criminal Sub-Section code of Law. that will Apply here in this civil case. The court should reconsider there R&R And Grant Plaintiff Claims for Relife Heck v. Humphrey, 512 U.S 477, 114 S.ct. 2364, 129 L.Ed. 2d 383 (1994)

Cory Hary
10/06/06



## CERTIFICATE OF SERVICE:

The undersigned hereby certifies that on 10/06/06, A copy of the within motion of objection to the Court Recommendation was Send on all Counsel of Record by U.S. mail Service. And hand-deliver to the U.S. Clerk of Court by Plaintiff.

Corey Harris
Corey Harris PROSE
10/06/06

cc: Matthew J. McLaughlin
    A. Taylor Williams