IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

COREY HARRIS,    )
          Plaintiff,    )
v.    )    C.A. No. 04-369 Erie
   )
DOMESTIC RELATIONS SECTION, et al,    )
          Defendants.    )

## MEMORANDUM ORDER

Plaintiff's complaint was received by the Clerk of Court on December 20, 2004, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The magistrate judge's report and recommendation, filed on September 19, 2006, recommended that a) the motion to dismiss filed by Defendant Vivean Tate [Document # 68] be granted; b) the motion for judgment on the pleadings filed by Defendant Nelson [Document # 69] be granted; c) the motion to dismiss filed by Defendant Causgrove [Document # 71] be granted; and d) the motion to dismiss filed by Defendant Robin Tate [Document # 73] be granted. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Plaintiff by certified mail at P.O. Box 3618, Erie, PA 16508, the last address of record, and on Defendants. Objections were filed by Plaintiff on October 6, 2006. After de novo review of the pleadings and documents in the case, together with the report and recommendation and objections thereto, the following order is entered:

AND NOW, this 16th Day of October, 2006;

IT IS HEREBY ORDERED that the motion to dismiss filed by Defendant Vivean Tate [Document # 68] is GRANTED; the motion for judgment on the pleadings filed by Defendant Nelson [Document # 69] is GRANTED; the motion to dismiss filed by Defendant Causgrove [Document # 71] is GRANTED; and the motion to dismiss filed by Defendant Robin Tate [Document # 73] is GRANTED.

The report and recommendation of Magistrate Judge Baxter, dated September 19, 2006, is adopted as the opinion of the court.

*Maurice B. Cohill, Jr.*
MAURICE B. COHILL, JR.
United States District Judge

cc:	Susan Paradise Baxter
	U.S. Magistrate Judge

cc:	all parties of record _____